**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1528**

In re: NATHANIEL JONES,

          Petitioner.

On Petition for Writ of Mandamus. (4:19-cv-00779-JMC)

Submitted: September 19, 2019            Decided: September 27, 2019

Before GREGORY, Chief Judge, and WYNN and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Nathaniel Hampton Jones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Hampton Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed in considering his objections to the magistrate judge's report and recommendation. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant Jones' motion for leave to proceed in forma pauperis and deny the mandamus petition. We deny Jones' motion to enter judgment within one week. We deny as moot the motion to expedite the decision and the motion to reconsider the Clerk's prior order deferring action on the motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*